UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JONATHAN G. PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 24-035-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Memorandum Opinion and Order entered this date, and pursuant to 42 U.S.C. § 405(g), it is hereby **ORDERED** and **ADJUDGED** as follows:

1.     The final administrative decision of the Defendant Commissioner of Social Security is **AFFIRMED**.

2.     Judgment is entered in favor of Defendant Martin O'Malley, Commissioner of the Social Security Administration, with respect to all issues raised in this civil action.

3.     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: July 25, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -